**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1609**

RESMOND BANKE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: January 16, 2025                    Decided: January 21, 2025

Before KING, GREGORY, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Resmond Banke, Petitioner Pro Se.  Anthony Cardozo Payne, Assistant Director, Jessica Danielle Strokus, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Resmond Banke, a native and citizen of the Republic of the Marshall Islands, petitions for review of an order of the Board of Immigration Appeals (Board) upholding the denial of his application for cancellation of removal and denying his motion to remand. On appeal, Banke claims that the Board should have granted his motion to remand because he did not have the opportunity to apply for asylum and related relief. Upon review, where Banke failed to submit supporting evidence or otherwise demonstrate a prima facie case for relief, we find no abuse of discretion in the Board's denial of his request for remand. *Obioha v. Gonzales*, 431 F.3d 400, 408 (4th Cir. 2005); *see* 8 C.F.R. § 1003.2(a), (c)(1) (2024).

Accordingly, we deny the petition for review. *In re Banke* (B.I.A. June 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2